PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Lubbock_ DIVISION

2022 FEB 14  AM 9: 11

DEPUTY CLERK _BMT_

Robert Grizzle #1498719
Plaintiff's Name and ID Number

Preston E Smith unit
Place of Confinement

CASE NO. 5-22 CV 0017-H
(Clerk will assign the number)

v.

Bryson McIntire 1313 CR 19 lamesa TX 79331
Defendant's Name and Address

Madison Hendricks 8602 peach Ave Lubbock, TX 79404
Defendant's Name and Address

Lindsay Hummel  8602 peach Ave lubbock, TX 79404
Defendant's Name and Address
( DO NOT USE "ET AL.")

Continued on page 6

## INSTRUCTIONS - READ CAREFULLY

### NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: March 2020

      2. Parties to previous lawsuit:

        Plaintiff(s) Robert Grizzle

        Defendant(s) Stephanie Elliot, Cynthia Tilley, Samuel Matthews

      3. Court: (If federal, name the district; if state, name the county.) USDC West Dist of TX Waco div

      4. Cause number: v-20-CA-167

      5. Name of judge to whom case was assigned: Alan d. Albright

      6. Disposition: (Was the case dismissed, appealed, still pending?) Reversed / pending

      7. Approximate date of disposition: Current

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Preston Smith unit

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES  X NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
I attempted to... See complaints statement of claim

IV.   PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: Robert grizzle #1998710 Smith unit 1313 CR 19 lamesa TX 79331

B.   Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Bryson McIntire, captain Smith unit 1313 CR19 lamesa TX 79331

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

used excessive force without need took property without Due Process pursuant to state polices, was deliberately indifferent to my serious medical needs

Defendant #2: madison Hendricks c/o, Montford unit 8602 peach Ave lubbock tx, 79404

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

was deliberately indifferent to my serious med. needs

Defendant #3: LindSay hummel Psych. counselor Montford unit 8602 peach Ave Lubbock tx 79404

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

was deliberately indifferent to my serious medical needs.. suicide RISK

Defendant #4: John Doe #1 RANK unknown smith unit 1313 CR19 lamesa tx 79331 Address unknown

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

constructed and instituted a policy that caused me to live in inhumane conditions.

Defendant #5: Maria guerra c/o Smith unit 1313 CR 19 lamesa tx 79331

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

was deliberately indifferent to my serious medical needs.

Rev. 05/15

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

VII.   GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert James grizzle, T3X, Bastard, L.L Bastard, John Smith, Tarzan Spiderman, mcguyver

B.   List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1998714 and #1330107 Both TDCJ-ID

VIII.   SANCTIONS:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __X__NO

B.   If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division): _____

2.   Case number: _____

3.   Approximate date sanctions were imposed: _____

4.   Have the sanctions been lifted or otherwise satisfied? _____YES ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____

   2.  Case number:_____

   3.  Approximate date warning was issued:_____

Executed on: _2-8-22_
         DATE

                               (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____2____ day of __Feb__, 20 _22_.
           (Day)             (month)        (year)

                               (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions.  The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Defendants Names and Addresses kontinwed from pg 1

[4] John Doe #1   1313 CR 19  lamesa. TX 79331

[5] Maria Guerra  1313 CR 19  lamesa, tX 79331

[6] Amber Hansen  8602 Peach Ave  lubbock TX 79404

[7] Jane Doe #1   8602 Peach Ave  Lubbock tX 79404

[8] JAne Doe #2  8602 Peach Ave  lussock TX 79404

[9] John Doe #2  8602 Peach Ave  lussock tX  79404

[10] Robin Bolla   8602 Peach Ave  Lubbock TX 79404

[11] Jane Doe #3  8602 peach Ave  lubbock tX  79404

[12] Devin esquivel  8602 Peach Ave  lubbock TX 79404

[13] Steven  Hammond  8602  Peach Ave  lubbock TX 79404

[14] Jane Doe #4  8602  Peach Ave  lubbock tX  79404

[15] AAron  Baughman  8602  Peach Ave  lubbock tX 79404

[16] Jane Doe #5  8602  Peach Ave  lubbock  TX  79404

[17] Jericka  evans   8602  Peach Ave  lubbock TX 79404

[18] John  Doe #3  8602  Peach Ave  lubbock TX 79404

[19] Jordan chavez  8602 Peach Ave  Lubbock tX  79404

[20] Rachel  lonsoria  8602  Peach Ave  Lubbock TX  79404

[21] Forrest Milton  8602  Peach Ave  Lubbock TX 79404

[22] nathan shaffer  8602 Peach Ave  lubbock TX 79404

[23] John Doe #4  8602 Peach Ave lubbock tX  79404

[24] John Doe #5  8602 peach Ave  lubbock tX  79404

[25] L. Smith   1313 CR 19  lamesa  tX 79331

[26] Ricky T. Burrestia  8602  Peach Ave  lubbock TX 79404

[27] John Doe #6  1313 CR 19  lamesa  tX 79331

[6]

(28) John Doe #7    1313 CR19 lamesa TX 79331

(29) Anthony Taylor  1313 CR19 lamesa TX 79331

(30) John Doe #8    1313 CR19 lamesa TX 79331

(31) Jerardo Sanchez 1313 CR19 lamesa TX 79331

(33) ~~scribbled out~~

(34) John Doe #9

(35) Kelly Brown    1313 CR19 lamesa TX 79331

(36) John Doe #10   Nurse 8602 peach Ave  Lussock TX 79404

(37) Terri Rose  1313 CR19 lamesa, TX 79331

(38) Jane Doe #7 nurse 8602 peach Ave  Lussock TX 79404

(39) John Doe #11  1313 CR19 lamesa TX 79331

(40) John Doe #12  1313 CR19 Lamesa, TX 79331

(41) John Doe #13  1313 CR19 lamesa, TX 79331

(42) Jim Webb   1313 CR19 lamesa, TX 79331

(43) ~~scribbled out~~

(43) The Texas Department of Criminal Justice

(44) Jesica Rojas  1313 CR19 lamesa TX 79331

7

45) Bryan Gutung   8602 Peach Ave, Lubbock TX, 79404

46) Andrea B. Lozada   8602 Peach Ave, Lubbock TX 79404

47) Ricardo Ramirez   8602 Peach Ave Lubbock, TX 79404

48) David Reed Jr   8602 Peach Ave Lubbock, TX 79404

49) Adam Ybarra   8602 Peach Ave Lubbock TX 79404

50) Michael Session   8602 Peach Ave Lubbock TX 79404

51) the State of texas

52) Cody Parker   1313 CR 19 Lamesa tx 79331

53) Michael Miller   1313 CR 19 Lamesa, tx 79331

54) Ruben Garcia   1313 CR 19 Lamesa tx 79331

55) clemente olvea III   1313 CR 19 Lamesa tx 79331

56) Rene Robles   1313 CR 19 Lamesa tx 79331

57) Bryan Collier   PO Box 99 Huntsville, tx 77342

58) Jane Doe #8   1313 CR 19 Lamesa, tx 79331

8

previous lawsuits continued from pg 2

1) Approx Date of Filing  March 2020  (2) Plaintiffs  Robert grizzle
(3) Defendants Fernando marez, darrius dudley, willard maier, sharon lucas
Barbara Brackens, Jason Reagan, Kenneth nustell, patricia lemasters
vivian elege (3) - Court - Federal - western dist. of XX waco Div
(4) cause no. 6:20 cv 168  (5) Judge Alan d. Albright (6)
set for trial  (7) current

---

(1) Approx Date of Filing march 2020  (2) Plaintiffs - Robert grizzle
defendents - Kevin stipes Billy Jackson  (3) Federal Court western
district of TX waco Div. (4) Cause No 6:20 cv 183  (5) Judge
Alan d. Albright   (6) On Appeal @ 5th Circ.  (7) Current.

---

(1) Approx Date of Filing - march 2020  (2) Plaintiffs - Robert grizzle
defendents - stacie mccollum, Joseph watt, swa pederson, Jane Doe #1 (nurse)
(3) Federal court eastern dist. of tx  tyler div. (4) cause no 6:20 cv 214
(5) magistate Judge k. nicole mitchell  (6) pending  (7) Current

---

(1) Approx Date of Filing march 2020  (2) Plaintiffs - Robert grizzle
defendents - matthew youmans,  Jane Doe AKA nurse walts, Frederick
mccollough, Herbert Battle (Roberta hill, Brandie coffman,
Aundrea walker, Keneth hutto, mark Roberts (3) Federal Court
eastern dist of tx luffkin div. (4) cause no 9:20 - cv 37  6) Judge Ron clark
(6) current (7) STILL pending

---

Approx Date of Filing march 2020  (2) plaintiffs - Robert grizzle
defendents - Brandie coffman, Curtis Runnells, Korie Baugh, Tammy love
Samuel Kuria, Jaquille Reed, Bruce Johnson, mark Roberts, Roberta
hill, martha walker, mervin cleveland, lourdes wyatt, michael
Brown, Jane Doe #2, Jane Doe #3   (3) Federal Court eastern
dist of tx luffkin div. (4) cause no 9:20 cv -44 (6) Still pending
7) current  (5) Judge Ron clark

9

(1) Approx Date of Filing march 2020   (2) Plaintiffs - Robert grizzle (Defendents) Deane   Christopher Bell, Kurtis tillis, martha walker, stephen martin, Jane Doe #1 AKA nurse watts, mark Roberts, Sarah Rios, olukunmilayo adetolarin, cindy davis, Azm hasan, Bruce Johnson, Andrea walker, Kenneth hutto   (3) Federal Court east Dist. of tx lufkin D.V. (4) case no 9L20 - cv 36   (5) Judge Ron clark   6) SMI/ pending - (7) Current

(1) Approx Date of Filing nov 2021   (2) Plantiff - Robert grizzle defendents stacie mcCollum, Srgt Delaney, Srgt Austin, chasity jackson, Jane DDe #2   Jane Doe #3, John Doe #1, John Doe #2, T. sessions Jane Doe #3, John Doe #1, John Doe #2 T. sessions eastern dist of tx Tyler D.v. (4)cause (3)Federal Court us DC For the eastern dist of tx Tyler D.v. (4)cause no 6:21 CV447   (5)mag. strate K. nicole mitchell   (6)Pending (7)Current

(1)Approx Date of Filing nov 2021   (2) plantiff Robert grizzle Defendents Vance marcum - John Doe #1, John Doe #2 (3) us DC for the Southern dist of tx - houston D.v.   (4)Case no 4:21-03770 (5) george c Hanks JR (6)Pending (7)Current.

10

Defendants

(6) Amber Hansen   Seargent   Montford unit 8602 Peach Ave   lubbock TX 79404.
was deliberately indifferent to my serious medical needs

(7) Jane Doe #1 Nurse        Montford unit 8602 Peach Ave Lubbock, TX 79404
was deliberately indifferent to my serious medical needs

(8) Jane Doe #2   Nurse        Montford unit 8602 Peach Ave lusbock TX 79404
was deliberately indifferent to my serious medical needs

(9) John Doe #2 C/O        Montford unit 8602 Peach Ave lusbock TX 79404
was deliberately indifferent to my serious medical needs

(10) Robin Bolla   C/O Montford unit 8602 Peach Ave, lusbock TX 79404
was deliberately indifferent to my serious medical needs

(11) Jane Doe #3 Nurse     Montford unit 8602 Peach Ave lubbock tx 79404   -was deliberately indifferent to my serious medical needs

(12) Devin esquivel   Seargent   Montford unit 8602 Peach Ave lusbock TX 79404
was deliberately indifferent to my serious medical needs

(13) Steven Hammond   C/o   Montford unit 8602 Peach Ave lusbock TX 79404
was deliberately indifferent to my serious medical needs, caused me to live in a condition of cruel and unusual punishment

11

14) Jane Doe #4 C/O Montford unit 8602 Peach Ave lusbock, TX 79404- was deliberately indifferent to my serious medical needs, caused me to live in a condition that was cruel and unusual

15) Aaron Baughman C/O Montford unit 8602 peach Ave, lusbock TX 79404- was deliberately indifferent to my serious medical needs

16) Jane Doe #5 Nurse-med aide Montford unit 8602 peach Ave lusbock TX. 79404 - was deliberatly indifferent to my serious medical needs

17) Jericka evans seargent Montford unit 8602 peach Ave lusbock TX 79404 - was deliberately indifferent to my serious medical needs, caused me to live in a condition that was cruel and unusual

18) John Doe #3 captain Montford unit 8602 peach Ave lubbock TX 79404 - was deliberately indifferent to my serious medical needs caused me to live in a condition that was cruel and unusual

19) Jordan chavez C/O Montford unit 8602 peach Ave lusbock TX 79404 - was deliberately indifferent to my serious medical needs

20) Rachel longoria - C/O Montford unit 8602 peach Ave lusbock TX 79404- was deliberately indifferent to my serious medical needs caused me to live in a condition that was cruel and unusual

21) Forrest Milton C/O Montford unit 8602 peach Ave lusbock, TX 79404- was deliberately indifferent to my serious medical needs, cause me to live in a cruel and unusual condition

22) Nathan shaeffer C/O Montford unit 8602 peach Ave lusbock, tx 79404 was deliberately indifferent to my serious medical needs caused me to live in a cruel and unusual condition

23) John Doe #4 seargent Montford unit 8602 peach Ave lubbock, tx 79404 was deliberately indifferent to my serious medical needs caused me to live in a cruel and unusual condition.

24) John Doe #5 Lieutenant Montford unit 8602 peach Ave, Lubbock TX 79404 - was deliberately indifferent to my serious medical needs / caused me to live in a condition that was cruel and unusual

25) L. Smith Nurse/Lvn Smith unit 1313 CR 19 lamesa TX 79331 was deliberately indifferent to my serious medical needs

26) Ricky T. Burrescia Doctor - Montford unit 8602 Peach Ave, Lubbock, TX 79404 - was deliberately indifferent to my serious medical needs

27) John Doe #6 Classification/Courtroom Montford unit 8602 peach Ave Lubbock TX 79404 caused me to live in cruel and unusual conditions of confinement

28) John Doe #7 c/o Smith unit 1313 CR 19 lamesa TX 79331 caused me to live in a condition that was cruel and unusual

29) Anthony taylor Cro Smith unit 1313 CR 19 lamesa TX 79331 was deliberately indifferent to my serious medical needs

30) John Doe #8 Unknown Rank 1313 CR 19 lamesa TX 79331 was deliberately indifferent to my serious medical needs

31) gerardo Sanchez Seargant 1313 CR 19 lamesa, TX 79331 was deliberately indifferent to my serious medical needs

32) John Doe #9 ~~nurse~~ Cro Smith unit 1313 CR 19 lamesa TX 79331 was deliberately indifferent to my serious medical needs

13

35) Kelly Brown Nurse LVN smith unit 1313 CR 19 lamesa TX 79331 - was deliberately indifferent to my serious medical needs.

36) John Doe #10 nurse montford unit 8602 peach Ave lubbock TX 79404 - was deliberately indifferent to my serious medical needs

37) Terri Rose medical director/Doctor smith unit 1313 CR 19 lamesa TX 79331 - was deliberately indifferent to my serious medical needs

38) Jane Doe #7 Nurse AKA Nurse Stiles Montford unit 8602 Peach Ave Lubbock TX 79404 - was deliberately indifferent to my serious medical needs

39) John Doe #11 chain Boss smith unit 1313 CR 19 Lomesa TX 79331 - Caused me to live in Inhumane conditions of Confinement

40) John Doe #12 classification smith unit 1313 CR 19 Lamesa TX 79331 - Caused me to injure myself Further By not housing me in a medical shower accessible shower constituting deliberate indifference to my serious medical needs

41) John Doe #13 unknown Rank Smith unit 1313 CR 19 Lamesa, TX 79331 - was deliberately indifferent to my serious medical needs.

42) Jim Webb Warden Smith unit 1313 CR 19 lamesa TX 79331 was deliberately indifferent to my serious medical needs, Failed to take action after I informed him I Bens Bens Forced to live in Inhumane conditions

14

(43) the Texas Department of criminal Justice violated My ADA Rights And Rehabilitation Rights

(44) Jesica D. Rojas   Nurse Smith unit   1313 CR19 lanesu, TX 79331 was deliberately indifferent to my serious medical needs

(45) Bryan L Luna   Captain Montford unit   8602 Peach Ave lubbock TX 79404 — violated my Americans with Disabilites Act and Rehabilitation act - Rights

(46) Andrea Lozada warden montford unit 8602 Peach Ave lubbock TX 79404, violated my ADA and Rehabilitation Act Rights

(47) Ricardo Ramirez major montford unit 8602 peach Ave lubbock TX. 79404   violated my ADA Rights And my Rights under the Rehabilitation act.

(48) David Reed JR ASS. Warden, montford unit 8602 Peach Ave lubbock TX 79404   violated MY ADA Rights and my Rights under the Rehabilitation act

(49) Adam y Sarra Captain Montford unit, 8602 peach Ave lubbock TX 79404 violated my ADA Rights And my Rights under the Rehabilitation act

(50) michael session Captain montford unit — 8602 peach Av lubbock TX 79409 violated my ADA Rights And my Rehabilitation Act Rights

(51) the State of Texas violated My ADA Rights AND my Rehabilitation Rights

(52) Codge Becker   Ass Warden   Smith unit 1313 CK la lamesa tx 79331 - was del. indiff. to my serous medical needs, failed to properly train, supervise, staff, created a system of deficiencies in medical dept.

(53) Michael Miller   Ass Warden   Smith unit 1313 CR la lamesa, tx 79331 was deliberately indifferent to my serous med. needs, failed to properly train, supervise, created a system of deficiencies in med system

(54) Ruben garza   correoff - Smith unit 1313 CR 19 lamesa tx 79331 - prevented me from Attending med. APPt. constituting del. ind. to my serous med. Needs.

(55) clemente olvera III 1313 CR 19 lamesa tx 79331 corr. officer was del. ind. to my serous med. needs By preventing me from attending a medical appt. ignoring complaints of serous med. needs

(56) Rene Robles   sergeant 1313 CR 19 lamesa tx 79331 Smith unit was del. ind. to my serous medical needs

(57) Bryan Collier   Director of TDCJ PoBox 99 Huntsville, TX 77342 Failed to properly train, supervise, staff. & failed to follow his own policies and procedures as required by tx c.v. codes annoted which is a violation of Due process.

(58) Jane Doe #8   Smith unit medical Records 1313 CR 19 lamesa tx 79331 was del. ind. to my serous medical needs, Refused to Allow me to look at my medical Records.

16

# Statement of Claim:

1. IN May 2021 I was hit in my knee cap (Right) with a home made Axe in retaliation for being accused of being a snitch.

2. I told the officers that a locker door came open and hit me in my knee

3. I was afraid I'd be killed if I told the truth

4. I was already under transit status on an offender protection investigation and I was a confidential informant

5. I did not feel safe telling the truth

6. At medical then told security that I had to be at the hospital in 1 hour or I'll have to go by ambulance. it took a couple hours for them to get me to the hospital.

7. I received a staples in my right knee cap at the E.R.

8. No X rays nor MRI's were done. The laceration was treated and thats it.

9. after a few days I was transferred to the ellis unit in Huntsville TX

10. there they waited the maximum alloted time to take out the staples

11. when they took the staples out the wounded busted open

12. I went back to medical at the ellis unit where provider Martha Walker told medical staff to put a band aid on a the wound and thats it.

13. I have a couple $1983's and several grievances on martha walker from the estham unit 2019 and 2020 (about).

14. I was sent back to my cell.

15. a few weeks later I was sent to the smith unit in lanesa tx.

16. I've been complaining about knee problems since Anuary in July or August '21.

17

17) I saw Deborah Castro Around Aug 21, and she Did pretty much nothing for me

18) she ignored My Complaints of pain

19) still I put in more sick Calls Complaining of Knee Pain

20) one Day at medical My I.D. was lost around Aug 21

21) Because of this I went awhile without getting my medication

22) next a Blood test was done

23) next Someone Determined that I wasnt taking my meds and with out An exam I was taken off of pain medication

24) my Knee has Been in excruciating pain since then

25) on Sept 24th I went to out Side Recreation where I Did Deadlifts And squats. I Did light weights in an attempt to make my leg stronger

26) I injured My Knee And groing Right Knee left side of my groin

27) I went to medical for a lay in where I told them I needed to do an injury Report and they Refused to do one

28) I went Back to my Cell Block where I Fell in the Shower area And hurt Myself worse

29) I was sent Back to medical, I dont Know the lady's name that was there that Day. So weill Call her Jane Doe #6.

30) Defendant Doe, Jane #6 failed to exam Me failed to Ask Any questions, Ignored My Complaints of pain.

31) Defendant Jane Doe #6 went to "call" Deborah McClure-williams on Telemeda.

1.8

32) Mclure-williams ordered me a cane, medical shower pass, ICE, But nobody examined me at all.

33) On Sept 27th 2021 I had a Medical lay in to See Defendant Castro about my Injury.

34) when it come time For me to Attend my lay in, medical Appointment defendant olvera, Robles, And Lorein Refused to Allow me out of my cell to go to my medical Appointment

35) At this point I Showed Defendents Robles And olvera 2, Deep large Cuts I had on My Right Calf where I Fell and Cut myself on my Locker

36) They laughed at me and ~~feet~~ prevented me From Receiving medical Attention.

37) During this time I am generally Raising hell and Screaming Because I'm Bleeding Profusely And in alot of Pain

38) Defendent McIntire then came to my cell and told me I Couldn't go to medical Because I was on "Restriction".

39) I Informed him that I was now on Any Restrictions once So ever that I was a Normally Classified inmate

40) At this time Defendent McIntire Told me He Still wasn't going to let me go to medical.

41) Next I Showed him the 2 Cuts I had on my leg and I told Defendent McIntire that I Fell and Cut myself on the Locker.

42) He Responded that he was gonna tell medical That I Cut myself

43) Next Defendent K. Brown a nurse Came to my cell, She told me that I had a medical lay in For my Knee. She told me to Cuff uP So I Could Attend the medical Appointment

44) I Informed her that I wasn't on Any Status that Required me to Cuff uP.

(45) I also told her I had 2 cuts on my Right Calf, I showed them. I informed her I was unable to cuff up to the Back as I wouldn't Be able to walk. Besides the Fact that I was a normally Classified Inmate not required Cuffs to go to medical.

(46) So she looked a Defendant captain McIntire and Asked him if that was all true

(47) Defendant McIntire the responded "it Dont matter I'm about to Run the team and gas his Ass".

(48) Defendant K. Brown then told the Defendant McIntire OK I'll tell em he said he was gonna Cut himself

(49) The 5 Man team came about 2 hours later

(50) Defendant McIntire was ordering me to submit to a strip Search.

(51) I was in the process of taking my pants off slowly Because of my Injuries And I was leaning on me cane

(52) At this Point unprovoked, while I was complying with orders Defendant McIntire sprayed me with C.S. gas.

(53) The whole time I was complying with orders I was verbally telling them OK that I was complying.

(54) Then I Refused to strip, made them shout more C.S. gas. After So long I Gave up. Submitted to a strip Search.

(55) When the door came open Defendant McIntire disregarded my injuries, injuries that He Knew about. He Forced me to Kneel on Both Knee's, which caused Something to Pop in my Knee, caused me extreme pain. I told him Repeatedly I couldnt walk, yet He Forced me to walk to the gurney.

(56) I was then taken Via gurney to high Security B-wing 1 Row 15 cell.

20

(57) As I was being taken out of Restraints, Defendent McIntire asked me about my pre existing injury, before he occured, He stated that it was a pre existing injury, every injury I informed him of he "wrote off" and Denied me medical Attention.

(58) Defendent McIntire Refused to provide me with Soap to decontaminate and Remove the c.s. gas from my body

(59) the Cell I was placed in had no shower, And no light.

(60) It was Basically a strap cell as I had nothing But Boxer shorts

(61) I was supposedly on Constant direct observation yet no officer sat in front of my cell to "constantly observe" me.

(62) I was attempting to Remove the c.s. gas from my eyes in the sink, At this time I fell and dislocated my knee, next Defendent guerra walked around, she looked in my cell and I showed her my Dislocated knee, And the 2 large Deep cuts to my ~~left~~ Right calf. She ignored my Complaints, Refused to get me medical Attention.

(63) I was forced to flop around my cell to use the Restroom and I fell and hit my head twice.

(64) Around 8-10 pm I was transferred to the montford units c.c.s.s management program

(65) At this time I was light headed Dizzy, I hadn't eaten lunch nor Dinner as this incident happened before lunch. I had not received my hypo glycemic snack. My Sugar was low As I am hypoglycemic, I had to pop my own knee Back into place, I was in extreme pain and Angry. And I was Burning all over from c.s. gas.

(66) Upon Arrival to the montford unit I told defendent Hansen a sergent that I couldn't walk and she got me a wheel chair.

21

(67) My Intake was done By Nurse Jane Doe #7 AKA Nurse "Stiles" or some thing like that. Though I will Be able to get her Name from the unit Roster. Though I will Be able to get her Name from the my Medical record)

(68) I Informed Nurse Jane doe #7 (defendant) that I couldn't walk, needed a wheelchair accessible cell or a walking aide, that I had 2 large cuts on my Right Calf that I was covered in C.S. gas And needed a medical Shower to de contaminate.

(69) She Informed me "Thats all out the window" And my medical complaints, my serious medical needs were ignored.

(70) Next I was placed in a strip cell naked until about 2 hours went By whereupon I received a smock

(71) this smock is a thin piece of Fabric thats 100% polyester, Its sleeveless and similar to a tank ot old style that goes down to the Knees

(72) this was to double as my clothing and Bedding For 8½-9 Days Str

(73) For this period I had the sleep on cold Iron.

(74) I Slept all tuesday on tuesday night 28th of Sept 2021 I woke up to use the Restroom whereupon my Right knee locked up and I fell hit my Face on the Right side over my knee eye. It Rendered me unconcious. I woke up to Nurse Stiles defendant Jane Doe #7 hitting my door Asking me if I wanted my needs.

(75) At this Point I sat up and spoke to her in a slur and she told the officer "Oh, I guess he Refuses.

(76) then Seargent hansen (defendant) and defendant Jane Doe #7 came to my cell, they turned on my lights and hollered my name. I heard defendant hansen say his Face is swollen. But he's Breathing so Fuck him.

22

(77) I woke up sept 29th wednesday morning. I informed defendent hendricks that I fell and hit my head on the floor of my cell + I was dizzy, nascous, unsteady, vomitny, with extreme head pain

(78) She had me pulled out of the cell I saw the Floor nurse Jane Doe #1 defendent. she took my vitals, noted Bruising, softness, contusion and swelling to my Face, yet she Asked no questions, ignored my complaints of pain. I received no medical treatment

(79) I was taken Back to my cell within 3 minutes

(80) that night I fell And hit my head again and was Rendered unconcious. I woke up in the night And informed defendent John Doe#1 the Floor Boss that night wed 29th and thurs morning the 30th. He ignored my complaints And told me yea Right Dude

(81) on the morning of thursday sept 30th 2021 I woke up with intense pain in my Right Knee, a migraine headache, sensitivity to Light, nasea, vomiting, all symptoms of a concussion.

(82) I was Filty as I'd not had a shower in 4 Days And I still Burned all over from exposure to C.S. Gas. The 3 cuts I had on my leg had Become infected

(83) at about 6:15 Am defendent Kendricks did Showers. I informed her that I had Fell that night and needed medical condition I showed her I'd vomited several times in my cell. I explained that I was in extreme pain. She Basically told me She couldn't help me.

(84) she then took me to the shower and I was hopping on one leg the whole way. She tried to put me in a Regular shower And I informed her that I had a medical shower pass. she asked the nurse who confirmed it. Then they Both told me look there is no medical shower, Do you want a shower or not

(85) I was Forced to Shower in a Regular shower on one Foot.

23

(86) defendent Jane Doe #2 the b1 Floor nurse For thursday sept 30th and defendent hendricks ignored my previous shower pass And made me shower in a Regular shower on one foot where I Fell hitting my knee on the wall in the shower Dislocating it again.

(87) The guy in the shower next to me called For the offices

(88) defendent Bolla came opened my shower Door whereupon He saw my Disdocated knee, he grabbed my Filty cum, Dirt and Body oil excrusted smock on me and told me "cover yourself you Animal".

(89) next Defendents Bolla and hendricks Manhandled me out of the shower and into a wheelchair with complete disregard to my Injured knee hitting it on the wall hurting it Further and causing me extreme pain.

(90) I was taken By wheelchair to see defendent Jane Doe #2, who looked at my knee and said "yea Thats serious

(91) she then told me I was already scheedwled For An xRay that Day. That I would have to Just wait.

(92) next Defendents Bolla and hendricks took me to my cell via wheelchair, where I was dumped inside my cell.

(93) about 2-3 hours later defendent esquivel came to my cell and told me to cuff up so he could take me to my xiRay Appointment.

(94) I informed him that my knee was dislocated, showed him the dislocation and informed him that I couldn't walk.

(95) He Said "oh well I guess you Refuse then".

(96) Defendent esquivel Denied me medical Attention.

24

97) next Defendent Jane Doe #2  the B1 Floor nurse and came to my cell and told me this was my Chance to get treated why was I Refusing

98) I told her I couldn't walk all the way to X-Ray that I needed a wheel chair. I heard her say "I hate when they do this Referring to the Defendent esquivel and his officers.

99) I languished all Day in extreme Pain From my D.Slocated knee

100) around 5:PM another inmate on the Blocked Flooded the Rm with water, my cell was Flooded

101) The water had c.s. gas in it that came off the Floors and walls From Past uses of Forces.

102) Due to this I could no longer get to the toilet when I had to use the Restroom as I couldn't hop On one Food through c.s. gas laden water For Fear Of Falling

103) that Night  the Floor Bosses defendent hammond and Jane Doe #4 pulled out every inmate on the Block to clean the water out of their cells except me Because when they came on shift  I showed them my dislocated knee, Informed them that I was in extreme Pain and needed medical Attention

104) their Reasoning For not cleaning my cell is  1) I couldn't walk Out of the cell. #2 they were afraid I would act up making their Job hard. They ignored my Complaints For medical.

105) Because of this I was Forced to defecate on the side Of my Bunk. I also had to urinate the same way.

106) I suffered this way For about 40 hours

107) Friday sept oct 1st I woke up and realized I wasn't going to get medical Attention. Despite extreme agony I poped my knee Back into Place I screamed violently and Passed out.

25

(108) My cell was Flooded with C.S. gas laced water. My Bed had a pile of Feces And urine again yesterday.

(109) Early in the morning Defendant Baughman Did Showers. I Informed him that my leg had Been Dislocated, I was in extreme pain, that I had a concussion, He ignored my complaints and told me he wasn't going to shower Because "we Don't want a Repeat of yesterday"

(110) During the day I Informed every nurse and officer of my medical Problems and the Fact that My Cell was Flooded And I was Forced to defecate on my Floor By my Bed.

(111) Namely Jane Doe #3 a med aide nurse who told me, "They already know what do you want me to do" And Defendant Evans a Seargent, A captain, John Doe #3, defendant chavez a c/o, defendant langorin, defendant milton They All ignored my Complaints

(112) At around 4-5. pm provider (psych) defendant hummel came to talk to another inmate, At this time I cut My Artery on my Right Arm at the Bend of the elbow.

(113) defendant milton Responded to the incident, defendant hummel looked in my Cell And stated "I Don't care, che ignored my serious medical needs namely Suicide risk.

(114) defendant milton laughed at me and stated "I hope you Die".

(115) I recieved no treatment, They didn't even come to get the sharp Piece of metal I used to Cut myself with. these defendents Denied me medical Attention. Ignored my complaints.

(116) second shift came on at 6 pm, I Informed defendant shaffer that I'd cut myself, He left and came Back about 10 minutes later with his Seargent and lieutenant John Doe #4 and John Doe #5

(117) they entered my cell and retrieved the Sharp metal I cut myself with, yet they ignored my Complaints for medical and left my cell Flooded with Feces And urine

26

(118) defendent shatter opened my door at Breakfast and gave me my Food
As I couldn't get up from my bed.

(119) John Doe #10 (defendent) was the morning meal aide nurse, He gave
me my medication in the morning, when I told him about my leg and
my all my medical problems, He threw my medication in the
Feces on my Floor and told me to stop pulling suicide stunts.

(120) All Day long on Saturday morning oct 2nd the inmates on my Block
complained about the smell, about 10pm defendent chavez (longoria)
and milton opened my door and Brought 2 inmate orderlies in to my
cell to clean up the urine and Feces.

(121) there with them was officer Justice casel.

(122) Now I was able to use the Restroom By hopping to it
on one leg.

(123) defendents milton, chavez, and longoria, could clearly see my
Right Knee was Grotesquely Swollen. I had a knot on my eye
And a large cut on my Right Arm And 2 infected cuts
on my Right Calf and one on my left Knee. The ignored
my complaints for medical Attention

(124) on monday I was pulled out of my cell By wheel
chair to see defendent Dr. Burrescia, He looked at my
Knee asked some questions, He ordered me taken to X-Rays via
wheel chair.

(125) I received no treatment. He ignored my complaints of pain

(126) He then discharged me from crisis management

(127) about 1 hour later I was taken to X-Ray via wheelchair

(128) defendent John Doe #6 was Responsable for moving me
From crisis management after Being discharged. Instead this
person made me spend an extra 48 hours in crisis manage
ment, which is Basically a Strip Cell

(129) For the entire 8½ days I spent in crisis management I was
Forced to wear the same Clothing that doubled as my Bedding.

27

130) At the end of 8½ days this smock was filthy, smelly, with feces, urine, blood, sweat, dead skin, body oils, and all types of discharge

131) John Doe #1 is an unknown person responsable for instituting the policy that changed suicide blankets to these smocks, without including any policy by which the smocks could be changed out after becoming dirty since they are considered clothing

132) I spent 8½ ~~eight~~ days in a strip cell, in intense agony in my right knee, head, scrotum and with 3 infected cuts the all because defendat's mentore and K. Brown lied and said I stated I would cut myself.

133) I spent an extra 48 hours in this condition after being discharged from crisis management.

134) On wed oct 6th I was transfered back to the smith unit via van.

135) I had to hop on one foot over 1000 feet from crisis management area of montford unit to the chain area in agonizing pain. I was denied a crutch, cane even though I was ~~Recomend~~ ordered one by medical.

136) I arrived at the smith unit barefoot, I was forced to hop around on one foot barefoot.

137) John Doe #11 is a defendant who was ~~each~~ the chain boss, in charge of providing incoming "chain" inmates with basic human necessities such as toilet paper, clothing, soap, shoes etc.. This person denied me those items I spent ~~seve~~ about 5 days with no toilet paper, it took 1week for me to get my property so I went 7 days with no shoes. I went several weeks with no clean clothes as I had none to exchange.(boxers) and (socks)

138) after arriving at the smith unit I was using the restroom in the hallway when my knee popped and hit the door frame at this point I was forced to crawl around for 5 hours before medical would see me.

28

139) I was seen by defendants Rojas And L Smith. I believe Both Are LVN's of the ___ then ordered me a crutch, a knee immobilizer or

140) defendant smith then ordered me a crutch, a knee immobilizer or mobilizer? and be sent out to the E.R. For X-Rays.

141) defendant Rojas came and told defendant Smith that they there werent Any Knee mobilizers/immobilizers in stock and Basically told me "you're screwed".

142) I told Both these defendants I had extreme pain in my scrotum, a massive headache and all that happened to me at Montford Unit And they ignored my complaints.

143) During this entire episode the only thing medical would do for my pain would be to switch between IB Profen And Naproxen, even though I informed them everytime that neither would work. Defendant Rojas personally told me that they do that so in the long Run they can say they did Something.

144) doing something known as ineffective is the same as doing nothing or worse.

145) I was placed in a cell that had no medical shower even though I was required one By medical.

146) I took a shower and fell and cut my knee

147) Defendant John Doe #12 was responsable for not housing me in a medical shower accessible cell, causing me to fall and Further injury my self.

148) Defendant John Doe #13 was responsable for making sure I was transferred to the E.R. For X-Rays in a timely manner and failed to do so. It wasn't until I fell and cut my knee that this defendant had me transferred to the E.R.

149) The E.R. diagnosed me with a contusion to the lower limb and gave me 1 stitch in the laceration.                    29

150) I was brought back in the Same Blood covered clothes I went to the E.R. In the first place

151) the next morning I went to medical And was seen By defendents L. smith and Rogers.

152) the Both ignored my complaints of scrotum pain, headache and knee pain, And cuts to my legs that had gone untreated.

153) nothing was done Period

154) I Filed a Step1 one grievance on everything that had happened up to this point in the complaint

155) As of today January 7th 2022 I've received no Response to that grievance or Any other grievance I've Filed on the smith unit

156) I went several of the next Days without getting Any of my medication. I suffered in pain with no treatment.

157) All this time up until I Received my proforty on a bout 10-13-21 I wasn't able to practice my catholic Religion. I had no clean clothes, no hygiene products, no medications I had to walk around Barefoot

158) On Oct, 7th or 8th I spoke Directly to defendent J.M web the head warden and He Basically told me I'd Just have to wait...whatever thats supposed to mean

159) During this entire time I told every defendent of my medical problems and I was ignored each And every time

160) At this point I Started putting in sick calls complaining about everything I had wrong with me

30

161) On 10-9-21 I had a medical appointment, defendent taylor was working my wing that Day And he prevented me from attending this appointment

162) From oct-9th to oct-14th I had a medical appointment each Day and was prevented from attending these medical appointments By the Block officers. They will be defendents After discovery

163) defendent Sanchez a seargent prevented me from attending a medical Appt. on 10-14-21

164) From 10-6-21 to about 10-19-21 I put in sick calls every day about extreme pain in my scrotum, Right knee, head, about security taking my (medications keep on person meds) about the nurse not bringing me meds. Every one of these Days I also told the Block bosses who were working about these medical problems when they denied me attendance to my medical appointments

165) each and every time I put in a sick call or told officers I was ignored.

166) Heres whats going on An inmate Puts in a sick call, medical provides you with An Appointment, Then on the day of your appointment, the offices tell you oh they've got to call for you or you cant go And then don't let you go. Then medical will tell you no we dont call for you. So medical and security point the finger at each other yet the inmates get screwed.

167) then throw this is going on I've told defendents to their faces, defendents webb, miller, Parker

168) From oct 6th 2021 to now January 8th 2022 I've put in 100 sick calls and I've Been Seen By medical about 5 times

169) I've had about 30 plus medical appointments denied.

170) I've had complaints of serious needs go ignored for several months now.

31

(171) I had the one suture in my knee cap. I was denied attending my appointment. I removed. They had to see more it myself with a Razor Blade

(172) I've been ignored or severe scrotum pain, left heel pain, major headaches, vision problems, extreme pain in my Back (lower) let Right knee, neck, Rashes,

(173) once I had infected sores on my head from dandruff Psoriasis sores. I put in and was being ignored for it. the 3rd or 4th sick call medical sent me dandruff shampoo with out An examination

(174) on 11-22-21 I was seen By defendent Rose for my Right knee. She gave me a cane, knee Brace, and put in a Blood test so she could clear me to take tegrotol for pain. she cut my visit short due to her having an ADHD Conference meeting, she ignored my complaints of scrotum pain, head pain, lower Back pain

(175) she said I'd Be seen the next Day. The next day I had a lay in and was denied attendence By security

(176) about 2-3 weeks later it was lockdown, defendent Rose came to my cell and told me I thought I took care of you. And I explained about her cutting my Appt. short and her not addressing everything and she said oh that makes since, "Don't tell me everything wrong with you Right now I'll have you pulled out". never did

(177) defendents parker, webb, and miller are in charge of security defendent ains ains is the captain on the Building in charge of the Day to Day operations, these defendents Are the ones telling security not to let in inmate out if he hasn't been called out By medical whether that inmate has an lay in Appointment or not

32

177) Now I have a permanent limp, whereas Before I worked out Regulary and was very active.

178) My mental health is deteraiting Because I cant etcersise, I am self mutilating on a Regular Basis Because I am Depressed.

179 I am in extreme pain Still in my ~~left~~ Right Knee, left Heel, lower Back, neck, and scrotum, with migrane headaches, light hurts my eyes.

180) Medical is Responding to my sick calls telling me its my fault I keep getting Rescheduled that I need to attend all my Appointments yet security prevents me.

181) Medical Puts me down as a no show on my medical appointments yet they know that ~~Med~~ security doesn't let us go to medical unless we are called out.

182) I am cutting myself to take my mind off my pain

183) I have slipped And fell several times further injuring myself causing Contusions, lacerations and extreme pain

184) I am suing all defendents in their individual and official Capacities.

185) I had an infected sore in my left ear, I put in several sick calls, was ignored on every one, I now have hearing loss (significant) in my left ear Because I wasn't treated.

186) I have extreme pain in my left heel, that I feel Constantly and intensifies when I walk, Its never ever Been ~~examined~~

187) Due to my Constant Scrotum pains I Cant even get An erection now.

33

(188) I've spoke with defendents miller, parker, webb, Rose, Rojas, sanchez, taylor, and many other staff members about the problems with medical to no avail

(189) I've filed grievances without ever getting a Response, I've filed step 2 grievances explaining on them that no one ever answers my step 1's those too Dissappear.

(190) I've sent requests, complaints etc.. to Defendent collier to no avail. I've made every attempt to exhaust state admin Remedies to no avail

(191) Today is 2-8-22 I've put in over 100 sick calls since oct 8th 2021 4 months and I've been seen about 6 times by medical in entirety. I've been ignored most of the time. I have issues such as scrotum pain thats been ignored their entire time. They consistenly Refuse to even examine me

(192) Rarely are their sick call forms available, most of the time we as inmates are forced to use blank paper in lieu of sick calls.

34

# Claims for Relief

①Defendant Jane doe #6 violated my 8th Amendment Rights By Being Deliberately indifferent to my Serious medical needs By Refusing to do An injury Report at Paragraph 27, which caused me to fall and Further injur myself, then she ignored my complaints, Did no examination. These Actions unnecessarily prolonged my pain and Suffering

②Defendants Garcia, Robles, And olvera violated my 8th Amendment Rights By conspiring together to prevent me from going to a medical appointment which was for a serious medical need, Causing me to fall in my cell after I Reacted with an emotional out Burst which caused 2 Deep cuts to my leg (Right) They were Deliberately indifferent to my Serious medical needs, in that when olvera and Robles came to my cell to see my Cuts they laughed at me and said Bleed to Death Bitch. these aslo constitute actions which ~~constitute~~ are Shocking to the conscience.

③Defendant McIntire violated my 8th Amendment Rights By using excessive use of Force without a Justified need for such, causing me Further injury By not taking my Disabilities in Consideration while using said use of Force on me. when I never Resisted. Also in that He prevented me from receiving medical attention without Reason. He ignored my complaints of 2 Deep cuts on my leg (Right). then He had medical lie and Say I was suicidal which caused me to Be involuntarily committed to a Psychiatric Facility.

④Defendant K. Brown violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs in that she Refused to allow me to Attend a medical appt. For a serious medical need. she ignored me when I showed her 2 Deep cuts to my Right leg from Falling. Next She lied and Said I told her I was going to cut my self.

35

⑤ defendent McIntire violated my 8th Amendment Rights By Forcing me to endure cruel and unusual punishment in that after spraying me with C.S. gas He Refused to Allow me to decontaminate and wash it off. which is Standard in rDoc. They want you to Burn For days instead of Being able to wash it off. He's told me this Personally

⑥ defendent Guerra violated my 8th Amendment Rights By Being Deliberately indifferent to my Serious medical needs In that I showed her I had An injury that even a lay man could determine was serious I.E 2 Deep cuts and a dislocated knee and she ignored my Complaints, And Refused to get me medical Attention.

⑦ defendent Jane Doe #7 violated my 8th Amendment Rights By Being Deliberately indifferent to my Serious medical needs In that she was the intake nurse at Montford Psych unit. I informed her of my that my knee had Been Dislocated earlier. I had 2 Deep cuts to my Right leg, that I had C.S. gas on me and I needed to decontaminate, each and every medical Complaint I had she ignored. Another time I (Aged incarerious) in my cell on the Floor And she left the me there denied me my medication, This meccisarily prolonged my Pain and Suffering and caused me Further injury.

⑧ defendent Hansen violated my 8th Amendment Rights By Being deliberately indifferent to my Serious medical needs In that she came to my cell while I lay unconcious on the Floor with a large Bruise on my Face and was Non-Responsive she left me there after noting the Fact I was injured. Her only concern was that I was Breathing. This caused me Further injury, unessecyneccisarily prolonged my Pain and Suffering.

(9) defendant Jane Doe #1 violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs in that she saw me noted an injury to my head/face, yet ignored my complaints of pain, Refused to treat me, caused me Further injury and unnecessarily prolonged my pain and suffering.

(10) defendant John Doe #2 violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs in that I informed him I had a serious head injury And he ignored my complaint, causing me Further injury and unnecessarily prolonging my pain and suffering.

(11) defendant Kendricks violated my 8th Amendment Rights By ignoring my complaints of serious injury, ignoring my Request for a medical shower after Being told I had a Pass a medical designation for one causing me Further injury and unnecessarily prolonging my pain and suffering all constituting deliberate indifference to my serious medical Needs probably in violation of Americans with disabilities Act.

(12) defendant Jane Doe #2 violated my 8th Amendment Rights And the Americans with disabilities act By Being deliberately indifferent to my serious medical needs in that she made me shower in a Regular shower despite my disability shower Pass causing me Further injury and unnecessarily prolonging my pain and suffering, then she ignored my complaints of a dislocated knee after I fell in said shower and hurt myself worse.

(13) defendant Bolts and Kendricks violated my 8th Amendment Rights By @ Being deliberately indifferent to my serious medical needs in that they caused me Further injury By manhandling me out of the shower after I fell and hurt myself. they unnecessarily prolonged my pain and suffering.

37

(14) defendant esquivel violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs, in that she refused me Attendance to X-Rays for a dislocated Knee Because I couldn't walk and Knew I couldn't walk. this is also An action that shocks the conciense, It caused me Further injury and uneccessarily prolonged my pain and Suffering.

(15) defendant Jane doe #2 acted in concert with defendant esquivel In that she had the authority to Request He take me to X Ray in a wheel chair and didn't do so Because she didn't want to make "waves" with her co-workers

(16) defendants Hammond and Jane Doe #4 violated my 8th Amendment Rights In that they were Deliberately indifferent to my serious medical needs. when I showed them my dislocated knee, cuts on my legs which were now infected, head injury. they ignored my complaints for medical they Refused to clean my cell out when it was Flooded preventing me From getting to the toilet causing me to use the toilet next to my Bed This is actions that Are inhumane and shock the conciense. their actions caused me Further injury and uneccessarily prolonged my pain and suffering.

(17) defendant Baughman violated My 8th Amendment Rights By Being deliberately indifferent to my Serious medical needs In that I Informed him my Knee had Been dislocated, I had a concussion and several other serious medical symptoms. I Informed him I needed to see medical During Shower time and He ignored me and went So Far as to Deny me a shower to prevent me From Reporting my medical issues. His actions caused me Farther injury and uneccessarily prolonged my pain and suffering

(18) defendants Jane Doe #3 defendents evans, John Doe #3, chavez, longoria violated my 8th Amendment Rights By Being Deliberately indifferent to my serious medical needs.

38

In that when I informed them that I was housed in inhumane conditions i.e. they Refused to get me help. When I informed them that I had serious medical issues that I needed medical Attention For they ignored me and even laughed at me and Ridiculed me

(19) defendant milton violated my 8th Amendment Rights By Being deliberately Indifferent to my serious medical needs In that when I cut my self and was a suicide Risk he ignored me Failed to get me medical Attention And even told me I hope you die. These Actions Constitute a shocking to the conscience.

(20) defendant hummel is a psych provider, she violated my 8th Amendment Rights By Being deliberately Indifferent to my serious medical needs By ignoring me when I cut myself and was a suicide Risk which caused me Further harm uneccisarily prolonged my pain and suffering and is shocking to the conscience.

(21) defendants shaffer, John Doe #4 and John Doe #5 violated my 8th Amendment Rights to Be Free of cruel and unusual Punishment By Being deliberately Indifferent to my serious medical needs in that After I showed them I cut my Arterial Vein in my Right Arm, they come In my cell to get the sharp metal But Denied me medical Attention. this caused me Further harm, my Arm cut got infected, And it unecessarily prolonged my pain and suffering

(22) Defendant John Doe #16 violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs By ignoring me After I informed him of my dislocated knee, Head wound, infected cuts on my Leg X 3, Concussion like symptoms, And Feces on my Floor, H's actions caused me Further harm and unecessarily prolonged my pain and suffering

39

(23) defendants chavez, longarin, milton violated my 8th amendment Rights By Being delibretly indifferent to my serious medical needs In that they came in my cell when the orderlies cleared my cell, they saw I couldn't walk, had a head wound, had concussion like symptoms, they knew I had an infected cut on my Arm, x3 on my legs, I showed them and they ignored my complaints, Denied me medical Attention caused my Further injury and unecessarily Prolonged my pain and suffering.

(24) defendant Burresca violated my 8th amendment Rights By Being delibrately indifferent to my serious medical needs. when I saw him He ordered me Brought to him via wheel chair, He ordered me to x-Rays via wheel chair knowing I couldn't walk, I informed him I had head injuries and infected cuts and he ignored those complaints ignored my complaints of pain Failed to treat me causing me Further injury and unecessarily prolonged my pain and suffering.

(25) defendant John Doe #6 violated my 8th Amendment Rights By Forcing me to live in inhumane conditions, with out toilet paper, in Dirty Clothes, with no Bedding For 2 Days in a strip cell without Reason after I'd Been Discharged From crisis management. And this was done on purpose to Break inmates to keep them From going to crisis management. this constitutes cruel and unusual punishment.

(26) John Doe #1 violated my 8th Amendment Rights By instituting a policy of giving inmates on suicide watch a "smock" instead of a "suicide Blanket" where a smock is clothing and there is no policy in place that allows for an exchange For clean issues, Forcing me to wear Dirty clothes that double as Bedding For 8½ Days causing me Rash, itching, inability to sleep, suicidal self mutilation

40

the fact that I had to wear the same filthy clothing for 8 + 2 days shocks the conscience and constitute cruel and unusual punishment.

(27) Defendant John Doe #11 violated my 8th Amendment Rights By denying me basic human necessities such as change of clothes, tooth brush, toothpaste, toilet paper, shoes, soap, these actions force me to live in inhumane conditions constituting cruel and unusual punishment and shocks the conscience.

(28) Defendants J. Rojos and L. Smith violated my 8th Amendment Rights By being deliberately indifferent to my serious medical needs in that I was denied medically proscribed Braces for my knee simply Because none were in stock, They ignored my complaints of scrotum pain, did so examination Because they were uncomfortable doing so. causing me further injury and unnecessarily prolonging my pain and suffering.

(29) Defendant John Doe #12 violated my 8th Amendment Rights and my Rights under the Americans with disabilites Act By not housing me in a cell with a medical disability accessible shower, which caused me further injury and unneccisarily prolonged my pain and suffering all constituting deliberate indifference to my serious medical needs.

(30) Defendant John Doe #13 violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs IA that after the medical department ordered me to the E.R. For X-Rays He delayed transporting me to the E.R. An excessive amount of time causing me further injury And unneccessarily prolonging my pain and suffering.

(31) defendant Jim Webb violated My First Amendment Rights By Failing to take action after ~~various~~ items were being held out of My possession, preventing me from practicing my religion

(32) defendant Jim Webb violated My 8th Amendment Rights By Being deliberately indifferent to my serious medical needs By creating a system that prevents ~~me~~ from attending my medical appointments By directing his security staff not to allow me into medical unless medical specifically calls for me. Said actions caused me further harm, and unnecessarily prolonged my pain and suffering.

(33) defendants Webb, Miller, ~~Head~~, and Parker violated My 8th Amendment Rights By Being deliberately indifferent to my serious medical needs By Maintaining a policy that interferes with me recieving adequate medical care and failing to Remedy unlawful conditions they know about. I've told each and every one personally that their security ~~officers~~ officers Refuse to Allow me to go to medical when I have Appointments unless medical personell call for me specifically and they've told me thats Because thats how they tell those security officers to Run the high Security ~~Build~~ Buildings. I've also Filed Lots of grievances on this Pursuant to And never recieved An Answer. These defendants have Known that my Request's for medical treatment were Being ignored.

(34) defendants Taylor, Sanchez and a host of other defendants that will come after discovery have violated my 8th Amendment Rights By Being deliberately indifferent to My serious medical needs By preventing me From going to medical when I had medical appointments, each every time I explained in Fail all my medical problems which were serious Such As Chest pains, extreme pain in my neck head, Foot, knee, severe limp, inability to walk, Concussion symptoms psychiatric issues, suicidal tendences, every time I was ignored.

42

35) defendent Rose violated My 8th Amendment Rights By Being Deliberately Indifferent to My Serious medical needs By treating me For My Knee yet ignoring my other complaints Because she had a meeting, Delaying and ultimately not providing Anything to treat my Pain effect giving something Known not to work ignoring and Failing to treat me other times Due to Scheduling problems, causing me Further harm and unneccessarily Prolonging my Pain and Suffering

36) defendent Rose is the medical director of smith unit this defendent has violated my 8th Amendment Rights By Being deliberately indifferent to my serious medical needs I've talked to individually and explained whats going on been herein this complaint, I've sent numerous letters explaining, filed multiple grievances still this defendent has Failed to take action, ignored my complaints, and maintains a policy that prevents me From Receiving medical treatment

37) defendent JaneDoe#8 is in charge of medical Records at the smith unit, I've talked to several times in person sent several letters Requesting to see my medical records and Filed multiple grievances, My Requests to Review my medical Records have gone ignored this violates my 8th Amendment Rights.

38) defendents Kendricks, Janedoe #2 violated my Rights under the American's with disabilities acts In that I am An American with a physical and mental impairment that substantially limits a Major life Activity such as showering, there was a Record of this impairment, they Both Failed to make a Reasonable accomadation For my disabilities

43

(39) defendant Baughman violated My Rights under the Americans with disabilities Act By excluding me from an activity due to My disability. He excluded me from showering Because he didn't want to or couldn't provide me with a medical shower, And he didn't want to put me in a regular shower and have the possibility I could fall and get hurt again.

(40) defendant esquivel and Jane Doe #2 violated My Rights under the Americas with disabilities act By ~~denying~~ me excluding me from a secure factivity I.E. + Recs Because of My disability I.E. Inability to walk Because they were too lazy to get me a wheelchair.

(41) defendant Baughman violated My Rehabilitation act Rights By ~~denying me~~ excluding me from participating in shower activity, solely Because of My handicapp shower pass,

(42) defendants esquivel and Jane Doe #2 violated My Rights under the Rehabilitation Act By excluding me from participating in medical appointments solely Because of My Disability.

~~(illegible scribbled out lines)~~

(43) defendants Luna, Lozada, Ramirez, Reed, ybarra, and sessions are the Administrative superiors at the montford unit, they violated My ~~constituted~~ Rights under the Americans with Disabilities act By allowing a policy to exist whereBy I was denied a medical ~~electrical~~ shower multiple times, Solely Because of My disability. I was also Denied services By their underlings namely medical, Solely Because of My Disability. At the time I could not Ambulate.

44

(44) defendents Miller, Parker and webs have violated my ADA Rights And my Rehabilitation act Rights By Failing to properly Supervise, And train their staff about properly housing inmates who have a disability shower pass in Disability shower equipped Cells, By allowing me to Be housed in a Non medical shower Cell, There by preventing me From Showering which I have a disability and was prevented From showering.

(45) The State of Texas, Texas department of Correctional Justice, And the executive Director of TDCJ Bryan Coller violated my ADA and Rehabilitation act Rights By Failing to properly train and supervise its underlings in ensuring that inmates with medical disabilities Are provided with Showers, they Failed to provide Reasonable accomadations For my disability, they were deliberately indifferent to my serious medical needs in that they housed me in a housing Assignment that was inconsistent with and aggravated my medical condition.

(46) defendents Miller, Parker, webs, the state of texas, Texas department of criminal Justice, the Director Of TDCJ Bryan coller, Baughman, esquivel, Jane Doe #2, luna, lozada, Ramirez, Reed, Ybarra, Sessions, John Doe #12 violated my Rights under the ADA and the Rehabilitation Act By Failing to provide a Reasonable accomodation for my disability

(47) defendents miller, Parker, webb, coller, luna, lozada, Ramirez, Reed, ybarra and sessions are all TDCJ officials and each one of These defendents have Failed to Follow their own policy, Rules, Regulations and Procedures this is An independent violation of my Due process Rights.

45

# Relief Requested

A) Declaratory Relief: the plaintiff Asks the court to issue a declaratory statement - stating that each defender violated his constitutional Rights as describe in claims for Relief potions of this complaint and to issue a declaratory statement stating that each defendent violated his A.D.A. Rights And Rehabilitation Rights as described in claims for Relief - Statement of this claim

B) Nominal Damages: the plaintiff Requests the court to grant him nominal Damages As it appears he may be entitled too.

C) Compensatory Damages the plaintiff Requests the court to grant him Compensatory Damages As it may seen he is entitled to.

D) Punitive Damages: The plaintiff requests the court to ~~give~~ grant him Punitive Damages as it may seen he is entitled to

F) Other Relief: the plaintiff Request the court to grant him ~~that~~ Any other Relief as it may seen he is entitled to:

46



Robert grizzle
#1998712 smith unit
13 13 CR 19 $
Lamesa, TX 79331

RECEIVED
FEB 1 4 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk for the U.S. District
Court for the northern District
of texas lubbock Division

1205 Texas Ave Rm 209
lubbock, TX 79401-4091

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use

EXPECTED DELIVERY DAY: 02/11/22
USPS TRACKING #

U.S. POSTAGE PAID
LAMESA, TX
FEB 10, 22
AMOUNT
$0.00

legal Mail   Incl

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE · CORRECTIONAL
INSTITUTIONS DIVISION