UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ROBERT GRIZZLE,
Institutional ID No. 01998719

        Plaintiff,

v.

BRYSON MCINTIRE, *et al.*,

        Defendants.

No. 5:22-CV-00017-BQ

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's motion to vacate the judgment under Federal Rule of Civil Procedure 59(e). Plaintiff filed objections, and the District Court has made a de novo review of the relevant portions of the findings and recommendations. The objections are overruled, and the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's motion to vacate the judgment under Rule 59(e), (Dkt. No. 23), is denied. This case remains on the docket of the United States Magistrate Judge for judicial screening under the prior transfer order. (*See* Dkt. No. 6.)

So ordered.

Dated March 2, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge